UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80885-CIV-SMITH

GOLAN KAHALANI, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC.
and JOHN DOES 1-25,

    Defendants.

_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal [DE 14] filed on September 25, 2019.  Upon consideration, it is

**ORDERED** that

1) All claims of Plaintiff Golan Kahalani are **DISMISSED WITH PREJUDICE.**

2) All claims of any unnamed member of the alleged class are hereby **DISMISSED WITHOUT PREJUDICE.**

3) The parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 25th day of September 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record